WILL WEAVER v. THE STATE.

No. 8924.   Delivered November 5, 1924.

No motion for rehearing filed.

Theft, a Felony—Evidence Sufficient.

No statement of facts nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the Criminal District Court of Harris County.   Tried below before the Hon. C. W. Robinson, Judge.

Appeal from a conviction for theft, a felony; penalty, six years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant and Robert Johnson were jointly indicted, charged with the theft of a number of dresses, aggregating the value of $854.50. Upon the trial of the case Johnson entered a plea of guilty. Appellant pleaded not guilty. Johnson's punishment was assessed at two years' confinement in the penitentiary, and appellant's punishment at six years' confinement in the penitentiary. Weaver alone appeals.

No bills of exception appear in the record and no statement of facts accompany it.

In this condition nothing is presented to this court for review, and the judgment is affirmed.

*Affirmed.*